# EXHIBIT A

# EXHIBIT A



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

TESS was last updated on Wed Jun 17 03:20:58 EDT 2015

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout]  Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TSDR] [ASSIGN Status] [TTAB Status]  ( Use the "Back" button of the Internet Browser to return to TESS)



| | |
|---|---|
| Goods and Services | IC 009. US 021 023 026 036 038. G & S: Calculators; Carrying cases for cell phones; Cases for photographic apparatus; Cell phone cases; Chargers for electric batteries; Computer bags; Computer carrying cases; Computer memory hardware; Computer mouse; Protective helmets for sports; Sun glasses. FIRST USE: 20110306. FIRST USE IN COMMERCE: 20110306<br><br>IC 018. US 001 002 003 022 041. G & S: Animal skins; Animal skins and hides; Animal wraps and covers; Artificial fur; Attache cases; Baby backpacks; Baby carrying bags; Backpacks; Backpacks with rolling wheels; Bags for climbers in the nature of all-purpose carrying bags; Beachbags; Book bags; Briefbags; Briefcases; Bum bags; Business cases; Canvas shopping bags; Daypacks; Diaper bags; Gym bags; Handbags; Hiking rucksacks; Kit bags; Knapsacks; Leather and imitation leather sport bags and general purpose trolley bags; Leather bags and wallets; Leather handbags; Leather shoulder belts; Luggage; Messenger bags; Military duffle bags, garment bags for travel, tote bags, shoulder bags and backpacks; Purses and wallets; Rucksacks; Saddle belts; School satchels; Schoolbags; Schoolchildren's backpacks; Shoulder bags; Sports bags; Sports packs; Suitcases; Tool bags sold empty; Tool pouches, sold empty; Travel baggage; Travel cases; Travelling trunks; Umbrellas; Wallets; Wash bags for carrying toiletries; Wheeled shopping bags; Wristlet bags. FIRST USE: 20110306. FIRST USE IN COMMERCE: 20110306<br><br>IC 025. US 022 039. G & S: Belts; Boots for sport; Coats; Gloves as clothing; Hats; Jackets; Pants; Rain coats; Scarves; Shirts; Shoes; Skirts; Sleepwear; Socks; Sports shoes; T-shirts; Ties; Tops; Underwear; Waterproof jackets and pants. FIRST USE: 20110306. FIRST USE IN COMMERCE: 20110306 |
| Mark Drawing Code | (2) DESIGN ONLY |
| Design Search Code | 24.13.02 - Cross, Greek (equal sides); Greek cross (equal sized lines)<br>26.01.02 - Circles, plain single line; Plain single line circles<br>26.01.13 - Circles, two (not concentric); Two circles<br>26.09.20 - Squares inside one another<br>26.09.28 - Miscellaneous designs with overall square shape; Square shapes (miscellaneous overall |

| | |
|---|---|
| | shape)<br>26.11.27 - Oblongs not used as carriers for words, letters or designs<br>26.15.02 - Plain single or multiple line polygons; Polygons (plain, single line)<br>26.17.09 - Bands, curved; Bars, curved; Curved line(s), band(s) or bar(s); Lines, curved |
| Serial Number | 85942673 |
| Filing Date | May 25, 2013 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | October 22, 2013 |
| Registration Number | 4462487 |
| Registration Date | January 7, 2014 |
| Owner | (REGISTRANT) Krummholz International Inc CORPORATION CANADA 7 Cortina Crt Richmond Hill, Ontario CANADA L4B3G8<br><br>(LAST LISTED OWNER) KRUMMHOLZ INTERNATIONAL INC. CORPORATION CANADA 7 CORTINA CRT RICHMOND HILL CANADA L4B3G8 |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Description of Mark | Color is not claimed as a feature of the mark. The mark consists of a "T" shape with two circles on left and right top corners, and a "n" line, two round corner squares, a cross, a "X", and three bars inside. |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY