GARY R. GOODHEART, ESQ. (NV Bar #1203)
KARL L. NIELSON, ESQ. (NV Bar #5082)
FENNEMORE CRAIG, P.C.
300 S. Fourth Street, Suite 1400
Las Vegas, NV 89101
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email: ggoodheart@fclaw.com
knielson@fclaw.com

RICHARD H. BROWN, ESQ.
(*pro hac vice to be submitted*)
DAVID I. GREENBAUM, ESQ.
(*pro hac vice to be submitted*)
DAY PITNEY LLP
7 Times Square, 20th Floor
New York, NY 10036
Telephone: (212) 297-5854
Facsimile: (973) 206-6129
Email: rbrown@daypitney.com
dgreenbaum@daypitney.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WENGER S.A,<br><br>Plaintiff<br><br>v.<br><br>FUZHOU HUNTER PRODUCT IMPORT AND EXPORT CO., LTD.; SWISSDIGITAL USA CO., LTD.; KRUMMHOLZ INTERNATIONAL INC.; SWISSGEAR SARL; and ZHIJIAN "HUNTER" LI,<br><br>Defendants. | Case No. 2:15-cv-01098-GMN-NJK<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, the undersigned counsel of record for Plaintiff Wenger S.A. certifies that it is a wholly-owned subsidiary of Victorinox AG, a company organized and existing under the laws of Switzerland. Wenger S.A. further states that there are no known interested parties, other than those participating in the case.

These representations are made to enable judges of the Court to evaluate possible disqualifications or recusal.

Dated this 22nd day of June, 2015.

By: /s/ Gary R. Goodheart

GARY R. GOODHEART, ESQ. (NV Bar #1203)
KARL L. NIELSON, ESQ. (NV Bar #5082)
FENNEMORE CRAIG, P.C.
300 S. Fourth Street, Suite 1400
Las Vegas, NV 89101
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email: ggoodheart@fclaw.com
knielson@fclaw.com

RICHARD H. BROWN, ESQ.
(*pro hac vice to be submitted*)
DAVID I. GREENBAUM, ESQ.
(*pro hac vice to be submitted*)
DAY PITNEY LLP
7 Times Square, 20th Floor
New York, NY 10036
Telephone: (212) 297-5854
Facsimile: (973) 206-6129
Email: rbrown@daypitney.com
dgreenbaum@daypitney.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of June, 2015, a copy of the foregoing CERTIFICATE OF INTERESTED PARTIES was served upon the parties to this action via electronic service pursuant to the U.S. District Court CM/ECF filing system.

/s/ Cheryl Landis
An employee of Fennemore Craig, P.C.