UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

WENGER S.A.

        Plaintiff,

v.

FUZHOU HUNTER PRODUCT IMPORT AND EXPORT CO., LTD.; SWISSDIGITAL USA CO., LTD.; KRUMMHOLZ INTERNATIONAL INC.; SWISSGEAR SARL; and ZHIJIAN "HUNTER" LI,

        Defendants.

Case No. 2:15-cv-01098-APG-NJK

**DECLARATION OF SHUXIN HUANG IN SUPPORT OF DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS OR IN THE ALTERNATIVE TRANSFER CASE TO THE WESTERN DISTRICT OF NEW YORK BASED ON THE FIRST TO FILE RULE**

I, Shuxin Huang, declare as follows:

1) I am the principal and legal representative of Fuzhou Hunter Product Import and Export Co., Ltd. ("Fuzhou Hunter").

2) Fuzhou Hunter is a Chinese company with an address at Flat A-F and Flat J-L, 24 Fl., Block A Bldg. 1 Huakaifugui, No 36 Dong Da Rd., Fuzhou, Fujian, 350001.

3) Fuzhou Hunter is in the business of manufacturing travel bags and goods. Fuzhou Hunter has manufactured products for brands and companies worldwide including Samsonite, Puma, Disney, Pepe Jeans, Solo, HP, and IBM. Wenger S.A. has contracted Fuzhou Hunter to manufacture products for them in the past.

4) Fuzhou Hunter has never sold any products in the U.S. nor delivered products to the U.S. Fuzhou Hunter delivers its products to a shipping company in China and the U.S. company who contracts Fuzhou Hunter to manufacture its products contracts the shipping company to ship the products from China to the U.S.

15) Fuzhou Hunter has not manufactured any products for Krummholz International, Inc. ("Krummholz") and Swissdigital USA Co., Ltd. ("Swissdigital"), other than prototypes brought to tradeshows by Zhijian "Hunter" Li. The prototypes are not commercial goods and are not fit for consumer use and only serve as samples for display at tradeshows by Krummholz and Swissdigital.

6) Fuzhou Hunter has been an exhibitor and has had booths at a number of U.S. tradeshows marketing and promoting its manufacturing services and capabilities in China to U.S. companies. Because Fuzhou Hunter is a regular exhibitor it is given more competitive pricing and desirable space at the tradeshows.

7) Fuzhou Hunter was listed as an exhibitor at the Licensing Expo in Las Vegas but did not have a booth at this tradeshow (9-11 June, 2015) instead rent its space to Krummholz and Swissdigital.

8) Krummholz and Swissdigital were able to secure better pricing and desirable space at the tradeshow by renting space from Fuzhou Hunter as oppose to securing space directly from the tradeshow organizers.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on this June 26, 2015.

黄淑欣 Shu Xin Huang
_____
Shuxin Huang

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of McDonald Carano Wilson LLP, and that on the 26th day of June, 2015, a true and correct copy of the foregoing **DECLARATION OF SHUXIN HUANG IN SUPPORT OF DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS OR IN THE ALTERNATIVE TRANSFER CASE TO THE WESTERN DISTRICT OF NEW YORK BASED ON THE FIRST TO FILE RULE** was electronically filed with the Clerk of the Court by using CM/ECF service which will provide copies to all counsel of record registered to receive CM/ECF notification in the captioned case.

*/s/ Della Sampson*
An Employee of McDonald Carano Wilson LLP